IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:25-CV-00652-M-KS

| | | |
|---|---|---|
| DANIEL DUFFEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARCADIA CONSUMER HEALTHCARE INC.,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |

This matter comes before the court on the Defendant's Motion to Dismiss First Amended Complaint or, in the Alternative, to Stay Proceedings. DE 20. Pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b), United States Magistrate Judge Kimberly A. Swank entered a memorandum and recommendation ("M&R"), recommending that the court grant the motion to stay and deny the motion to dismiss without prejudice. DE 36. To date, no objections have been filed.[1]

A magistrate judge's recommendation carries no presumptive weight. The court "may accept, reject, or modify, in whole or in part, the . . . recommendation[ ] . . . receive further evidence or recommit the matter to the magistrate judge with instructions." 28 U.S.C. § 636(b)(1); *accord Mathews v. Weber*, 423 U.S. 261, 271 (1976). The court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection

[1] Judge Swank issued the M&R on July 15, 2026. Objections were due to be filed on or before July 29, 2026. *See* DE 36. The motion and M&R were submitted to this court for disposition on August 7, 2026.

is made." *Id.* § 636(b)(1). Absent a specific and timely objection, the court reviews only for "clear error" and need not give any explanation for adopting the recommendation. *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005).

Upon careful review of the M&R and the record presented, and finding no clear error, the court ADOPTS the recommendation of the magistrate judge as its own. For the reasons stated therein,

1. Defendant's motion to stay [DE #20] is GRANTED, and this action is STAYED in its entirety pending final disposition of *Hayde v. Arcadia Consumer Healthcare Inc.*, No. 8:24-CV-2657-JDE (C.D. Cal.);

2. Defendant's motion to dismiss [DE #20] is DENIED WITHOUT PREJUDICE to file a renewed motion to dismiss, if appropriate, within fourteen (14) days after the stay is lifted; and

3. The parties shall promptly inform the court of any resolution of the *Hayde* action, whether upon motion, settlement, or trial. Additionally, the parties shall file a joint notice informing the court of the status of the *Hayde* action on or before January 15, 2027, and every six months thereafter until such time as the stay is lifted in this action.

SO ORDERED this 14th day of August, 2026.

Richard E Myers II

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE